UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-CV-00017-GNS-HBB

**MICHAEL VAUGHAN**                                                                                     **PLAINTIFF**

**VS.**

**JAMES ERWIN, et al.**                                                                              **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

Before the Court are Plaintiff Michael Vaughan's "(2nd) MOTION FOR SUBPOENAS: RCC" (DN 258) and "(2nd) MOTION FOR SUBPOENAS: KDOC" (DN 259). These motions are nearly identical to Vaughan's "MOTION FOR SUBPOENAS: KDOC" (DN 219) and "MOTION FOR SUBPOENAS: RCC" (DN 220) which the Court previously denied (DN 229). For the reasons set forth in the Court's prior Order,

**IT IS HEREBY ORDERED** that Vaughan's motions (DN 258, DN 259) are **DENIED**.

Copies:     Michael Vaughan, *pro se*
                    Counsel